# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bybee, Jay S. | U.S. Court of Appeals, Ninth C | 05/22/2002 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge | X Nomination, Date 05/22/2002 ___ Initial ___ Annual ___ Final | 01/01/2001 to 05/01/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Office of Legal Counsel, 3266 U.S. Department of Justice Washington, DC 20530 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

[ ] NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Professor of Law | William S. Boyd Law School, University of Nevada, Las Vegas |
| 2 | Consultant | Terry Care, Esq. of Hunterton & Associates |
| 3 | | |

## AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

[ ] NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 2001 | Leave of absence from University of Nevada, Las Vegas |
| 2 | 1999 | Contract with Greenwood Press as co-author for book on constitution |
| 3 | 1991 | TIAA-CREF, academic retirement program |

## NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

[ ] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 2001 | University of Nevada, Las Vegas | $114,000 |
| 2001 | Olson/Ballard | |
| 2000 | University of Nevada, Las Vegas | 108,000 |
| 2000 | Hunterton & Associates | 7,100 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | Bank of America | Mortgage on home/rental in Henderson, NV | M |
| 2 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VALUE CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Bybee, Jay S. |
| Date of Report | 05/22/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rental property, Henderson, NV (1998 $252,000) | D | Rent | N | R | Exempt | | | | |
| 2 UBS/PaineWebber | A | Interest | J | T | | | | | |
| 3 Bank of America | A | Interest | J | T | | | | | |
| 4 Campus Federal Credit Union | A | Interest | K | T | | | | | |
| 5 Department of Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 6 Walt Disney Common Stock | A | Dividend | J | T | | | | | |
| 7 GE Common Stock | A | Dividend | J | T | | | | | |
| 8 Intel Common Stock | A | Dividend | J | T | | | | | |
| 9 Minimed Common Stock | A | Dividend | | | | | | | |
| 10 Southern California Edison Common Stock | A | Dividend | J | T | | | | | |
| 11 Fidelity Destiny IRA | A | Dividend | J | T | | | | | |
| 12 Washington Mutual IRA | A | Dividend | J | T | | | | | |
| 13 Acacia Life Insurance | A | Interest | J | T | | | | | |
| 14 American General Insurance | A | Interest | J | T | | | | | |
| 15 TIAA-CREF (retirement) | B | Interest | L | T | | | | | |
| 16 VALIC (retirement) | B | Interest | L | T | | | | | |
| 17 Fixed Account Plus | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Value Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18   Vanguard Lt Treasury | | | | | | | | | |
| 19   Vanguard Wellington | | | | | | | | | |
| 20   Core Equity | | | | | | | | | |
| 21   Putnam New Opportunity | | | | | | | | | |
| 22   Stock Index | | | | | | | | | |
| 23   Vanguard Windsor II | | | | | | | | | |
| 24   Templeton Foreign | | | | | | | | | |
| 25   Canseco Annuity | A | Interest | K | T | | | | | |
| 26   Buena Lanes (passive partnership) | A | Distribution | J | W | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=$5,000,001 or more

Val Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000     P4=$50,000,001 or more

Val Mth Codes:   Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(Col. C2)     U=Book Value     V=Other     W=Estimated

'III.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*ndicate part of report.)*

INANCIAL DISCLOSURE REPORT | Name of Person Reporting: Bybee, Jay S. | Date of Report: 05/22/2002

'III.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*ndicate part of report.)*

SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 2. AGREEMENTS (cont'd.)

| Line | Date | Parties and Terms |
|---|---|---|
| ============================================================================================= |
| 4 | 1999 | VALIC, academic retirement program |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| ============================================================================================= |
| 5 | 2002 | Arlington County Public Schools | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bybee, Jay S. | 05/22/2002 |

SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 2. AGREEMENTS (cont'd.)

| Line | Date | Parties and Terms |
|---|---|---|
| 4 | 1999 | VALIC, academic retirement program |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2002 | Arlington County Public Schools | |

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date _May 22, 2002_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 46 | 000 | Notes payable to banks-secured | 6 | 500 |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | |
| Listed securities-add schedule | 13 | 500 | Notes payable to relatives | | |
| Unlisted securities–add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable-add schedule | 170 | 500 |
| Real estate owned-add schedule | 271 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 32 | 000 | | | |
| Cash value-life insurance | 13 | 000 | | | |
| Other assets itemize: | | | | | |
| Retirement/IRA's (see schedule) | 253 | 000 | | | |
| Buena Lanes | | 500 | | | |
| | | | Total liabilities | 177 | 000 |
| | | | Net Worth | 457 | 000 |
| Total Assets | 634 | 000 | Total liabilities and net worth | 634 | 000 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | | |
| Legal Claims | None | | Have you ever taken bankruptcy? | None | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |